## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

4539 PINETREE LLC,

      Plaintiff,                          Case No.: 1:21cv21010

vs.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON Subscribing to
policy B1180D160620/100NC,

      Defendant.

_____/

## AMENDED NOTICE OF REMOVAL

Certain Underwriters at Lloyd's, London Subscribing to Policy No. B1180D160620/100NC ("Underwriters") file their Amended Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, as follows:

## STATEMENT OF REMOVAL

1. On or about February 12, 2021, Plaintiff 4539 Pinetree LLC (the "Plaintiff") filed a lawsuit against Underwriters in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2021-003421-CA-01 ("State Court Action").

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all pleadings filed in the State Court Action are attached to this Notice as Exhibit "A."

3. On February 23, 2021, Underwriters were served with the State Court Action.

4. Underwriters filed their Answer and Affirmative Defenses in response to the State Court Action on March 12, 2021.

5. Under 28 U.S.C. § 1441(a), removal of an action originally filed in a state court is proper in "any civil action brought in a state court of which the district courts of the United States

have original jurisdiction."

6.      Additionally, 28 U.S.C. § 1332(a) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of a State and citizens and subjects of a foreign state."

7.      Because this case involves claims for which the Plaintiff seeks damages in excess of $75,000 and is between citizens of Florida and a citizen of the United Kingdom, diversity jurisdiction exists and this Court has original subject matter jurisdiction under 28 U.S.C. § 1332(a).

8.      In removing this matter from this Court, Underwriters do not intend to waive any defenses they might have, including, but not limited to, improper service, personal jurisdiction, and/or venue.

## DIVERSITY OF CITIZENSHIP

9.      The Plaintiff is an inactive and administratively dissolved limited liability company located in Florida.  Its member, Sarah Boymelgreen, is a citizen of New York.

10.     Brit UW Limited ("Brit") is the sole underwriter that subscribed to Policy No. B1180D160620/100NC (the "Policy") through Syndicate 2987.

11.     Brit is a private limited company organized under the laws of England and Wales with its principal place of business in the United Kingdom.  A private limited company is treated like a corporation for diversity purposes.  *SHLD, LLC v. Hall, 15 CIV. 6225 LLS*, 2015 WL 5772261, at *2 (S.D.N.Y. Sept. 29, 2015); *see also Simon Holdings PLC Group of Companies U.K. v. Klenz*, 878 F. Supp. 210, 211-12 (M.D. Fla. 1995).  Thus, Brit is a citizen of the United Kingdom for diversity purposes.

12.     No other parties have been joined or served in this action.

## AMOUNT IN CONTROVERSY

13.    The Complaint alleges breach of contract against Underwriters, and Plaintiffs seek to recover sums under the Policy.  The Complaint did not specify any alleged damages.

14.    Prior to suit being filed, Underwriters received an estimate of damages from Plaintiff's public adjuster, Stellar Public Adjusting Services. The estimate included a demand of $618,405.54.

15.    While Underwriters deny that anything is owed under the Policy or that they are liable in any way, Plaintiffs are seeking damages in excess of the jurisdictional limit of $75,000 (without any consideration for the claim for attorney's fees, costs, and interest), as required under 28 U.S.C. § 1332(a).

## REMOVAL PROCEDURES

16.     Under 28 U.S.C. § 1446(b)(1), "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant."  Underwriters were served with this suit on February 23, 2021.

17.    Removal is properly made to the United States District Court for the Southern District of Florida under 28 U.S.C. § 1441(a) because Miami-Dade County, where the State Court Action is currently pending, is within the Southern District of Florida.

18.    Underwriters will file written notice of the filing of this Notice of Removal with the Clerk of the Court of the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and will serve same on the Plaintiffs pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, by this Notice of Removal, Underwriters hereby remove this action from the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and respectfully request that this action proceed as properly removed to this Court.

This 17th day of March 2021.

**WOOD, SMITH, HENNING & BERMAN LLP**
1230 Peachtree Street, Suite 925
Atlanta, Georgia 30309
Telephone:  470-552-1150
Fax:  470-552-1151
rzelonka@wshblaw.com
slytle@wshblaw.com

*/s/ Richard E. Zelonka, Jr.*
Richard E. Zelonka, Jr.
FBN: 0656941

*Counsel for Defendants,*
*Certain Underwriters at Lloyd's, London*
*Subscribing to Policy B1180D160620/100NC*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Amended Notice of Removal* on

all parties, via CM/ECF as follows:

Brian Wisniewski
Loss Recovery Law Group, PL
20295 NE 29th Place, Suite 201
Aventura, FL 33180
pleadings@losslaw.law

This 17th day of March 2021.

**WOOD, SMITH, HENNING & BERMAN LLP**
1230 Peachtree Street, Suite 925
Atlanta, Georgia 30309
Telephone:  470-552-1150
Fax:  470-552-1151
rzelonka@wshblaw.com
slytle@wshblaw.com

*/s/ Richard E. Zelonka, Jr.*
Richard E. Zelonka, Jr.
FBN: 0656941

*Counsel for Defendants,*
*Certain Underwriters at Lloyd's, London*
*Subscribing to Policy B1180D160620/100NC*