UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21010-BLOOM/Otazo-Reyes

4539 PINETREE LLC,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON Subscribing to
policy B1180D160620/100NC,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Defendant's Verified Motion for Attorneys' Fees and Expenses, ECF No. [34] ("Motion"), filed on February 7, 2022. The Motion was previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [35]. On July 26, 2022, the Magistrate Judge issued a R&R recommending that the Motion be granted in part and denied in part. ECF No. [40]. The R&R states that the parties shall file any objections within fourteen (14) days of the date of service of a copy of the R&R. *Id*. at 8. To date, the parties have filed no objections, nor have they sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court, therefore, agrees with the analysis in the R&R and concludes that

Case No. 21-cv-21010-BLOOM/Otazo-Reyes

the Motion must be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [40]**, is **ADOPTED**.

2. The Motion, **ECF No. [34]**, is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff shall pay Defendant's reasonable fees and costs incurred in this litigation should Plaintiff re-file the action, with the amount to be determined at that time.

4. The Motion is denied in all other aspects.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 10, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record